IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>EVALUESOFTWARE.COM LLC, a Nevada limited liability company; JUSTIN CATES, an individual; MICHAEL CATES, an individual; DEVIN RUST, an individual; and DAVID RUST, an individual,<br><br>               Defendants. | """"""""""ORDER FOR DISMISSAL WITH PREJUDICE<br><br><br>Case No. 2:13-cv-01081<br><br>Judge: Robert J. Shelby |

Based upon the Stipulation Regarding Dismissal with Prejudice executed between Plaintiff Microsoft Corporation, a Washington corporation, and defendants EVALUESOFTWARE.COM LLC, a Nevada limited liability company; Justin Cates, an individual; Michael Cates, an individual; Devin Rust, an individual; and David Rust, an individual (collectively, the "Parties"), Rule 41(a) of the Federal Rules of Civil Procedure, and all of the files, records and proceedings herein,

      **IT IS HEREBY ORDERED**:

That the above-entitled action is hereby dismissed with prejudice.  It is further ordered that this Court shall retain jurisdiction to enforce the Order Regarding Stipulated Permanent Injunction Against Defendants entered by this Court, and the Settlement Agreement and Release between Microsoft and Defendants.

-2-

**IT IS SO ORDERED.**

DATED: June 18, 2014

_____
District Judge Robert J. Shelby